**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02990-CMA-MEH

WILDEARTH GUARDIANS,

     Plaintiff,

v.

KEN SALAZAR, in his capacity as Secretary, U.S. Department of Interior,

     Defendant.

---

## ORDER OF RECUSAL

---

     This matter is before me on a review of the file. Based on my past personal and professional relationship with the Defendant in this matter, I believe that I should recuse myself. It is, therefore,

     ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

     DATED: February __03__, 2010

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge